■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RITA RUBINO, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered January 14, 1988.

Ordered that the judgment is affirmed *(see, People v Kazepis,* 101 AD2d 816 [we note that the defendant received a sentence of imprisonment which was shorter than the sentence she was promised at her plea bargain]). Thompson, J. P., Bracken, Brown, Sullivan and Rosenblatt, JJ., concur.